Robert E. Franz, Jr.    OSB #73091
E-Mail: robertfranz@qwestoffice.net
LAW OFFICE OF ROBERT E. FRANZ, JR.
P.O. Box 62
Springfield, OR 97477
Telephone: (541) 741-8220
Facsimile: (541) 741-8234
  Attorney for Defendants
  Lake County and Ken Kestner

FILED'08 AUG 11 13:24USDC-ORN

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **Maxine Hoggan,** | Civil Case No. 08-CV-03031-PA |
| Plaintiff, | |
| v. | **Stipulated Judgment of Dismissal as to Plaintiff and Defendants Lake County and Ken Kestner** |
| **Lutheran Community Services Northwest,** an Oregon Nonprofit Corporation, **Roberta Nestaas, Rick Hutchins, Bob Pickel, Lake County Oregon,** An Oregon political subdivision, **Ken Kestner,** | |
| Defendants. | |

Page 1 - Stipulated Judgment of Dismissal as to Defendants
         Lake County and Ken Kestner

BASED UPON THE STIPULATION OF THE PARTIES HERETO, as indicated below, by and through their attorneys of record that all claims by the Plaintiff against Defendants Lake County, Oregon and Ken Kestner be dismissed, and that all claims by the Defendants Lake County, Oregon and Ken Kestner against the Plaintiff be dismissed, with prejudice and without costs, disbursements, or attorney fees to any of the parties;

IT IS NOW THEREFORE ADJUDGED that judgment be rendered, and judgment is hereby rendered:

1. Dismissing all claims by the Plaintiff against Defendants Lake County, Oregon and Ken Kestner, with prejudice, and without costs, disbursements, or attorney fees to any of the parties; and,

2. Dismissing all claims by Defendants Lake County, Oregon and Ken Kestner against the Plaintiff with prejudice, and without costs, disbursements, or attorney fees to any of the parties.

DATED this _____ day of August, 2008.

_____
The Honorable Owen M. Panner
United States District Court Judge

IT IS SO STIPULATED:

_____
Michael Williams          OSB #74344
**Attorney for Plaintiff**

_____
Robert E. Franz, Jr.      OSB #73091
**Attorney for Defendants**
**Lake County and Ken Kestner**

Page 2 - Stipulated Judgment of Dismissal as to Defendants
         Lake County and Ken Kestner

PREPARED AND SUBMITTED BY:

LAW OFFICE OF ROBERT E. FRANZ, JR.
Robert E. Franz, Jr.      OSB #73091
P.O. Box 62
Springfield, OR 97477
E-Mail: robertfranz@qwestoffice.net
Telephone: (541) 741-8220
Attorney for Defendants Lake County and Ken Kestner

Page 3 - Stipulated Judgment of Dismissal as to Defendants
         Lake County and Ken Kestner